Not for Publication

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

COLUMBIA TRADING CORP., SHANDONG
JOYOUNG   HOUSEHOLD   ELECTRICAL
APPLIANCE  CO.,  LTD.,  and  JOYOUNG
COMPANY LIMITED,

        *Plaintiffs*,

    v.

GREEN         ELECTRONICS,        LLC,
IMPORTHOME, LLC and GUOQIANG JIANG,
also known as GORE JIANG,

        *Defendants*.

Civil Action No. 17-1309
(JMV) (MF)

**ORDER**

John Michael Vazquez, U.S.D.J.

For the reasons expressed in the accompanying Opinion, and for good cause shown,

**IT IS** on this 27th day of July, 2018, hereby

**ORDERED** that Plaintiffs motion to dismiss Defendants' counterclaims, D.E. 16, is **GRANTED**; and it is further

**ORDERED** that Defendants' three counterclaims are **DISMISSED without prejudice**; and it is further

**ORDERED** that Defendants' may file amended counterclaims within thirty (30) days of this Order; if they do not, the three counterclaims will be dismissed with prejudice; and it is further

**ORDERED** that Plaintiffs' motion to dismiss Defendants' affirmative defenses, D.E. 16,

is **DENIED**.

John Michael Vazquez, U.S.D.J.